UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
THOMAS CASTRO,                      )
                                    )
            Plaintiff,              )
    v.                              )   C.A. No. 13-736 S
                                    )
CAROLYN W. COLVIN,                  )
Commissioner of the                 )
Social Security Administration      )
                                    )
            Defendant.              )
_____)

## ORDER

WILLIAM E. SMITH, Chief Judge.

On May 29, 2014, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") (ECF No. 16) in the above-captioned matter, recommending that Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 14) be denied, and Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 15) be granted. Plaintiff has filed an objection to the R&R (ECF No. 17).

The Court has reviewed the respective motions of the parties, the record, and Plaintiff's objection, and is in complete agreement with the analysis and recommendation set forth in the R&R, and hereby adopts it pursuant to 28 U.S.C. § 636(b)(1). Therefore, Plaintiff's objection to the R&R is

OVERRULED, and the R&R is ADOPTED.  Final judgment shall enter in favor of Defendant.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date:  January 23, 2015